# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ADAM MEYER,

                Plaintiff,

      v.

MN DEPARTMENT OF CORRECTIONS,
Warden TERRY CARLSON and STAFF,

                Defendants.

Civil No. 10-1050 (ADM/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 27, 2010           s/Ann D. Montgomery

                               ANN D. MONTGOMERY
                               United States District Judge